UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Tonianne J. Bonjiovanni |
| v. | : | Mag. No. 23-3051 |
| DECLAN GOLDEN | : | **ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE** |

This matter having come before the Court on the application of the defendant Declan Golden (Robert A. Honecker, Jr., Esq., appearing), with notice to Christopher Fell, Assistant U.S. Attorney, and with notice to Todd Jones, Supervisory U.S. Pretrial Services Officer, for an order granting a modification of the conditions of pretrial release; it is hereby

**ORDERED** that the conditions of pretrial release are modified as follows:

1. The Defendant is permitted to visit and spend two nights at his parents' home, located at 75 Mansion Road, Springfield, Pennsylvania, 19064, from approximately 5:00 p.m. on Friday, March 15, 2024, through 11:00 a.m. on Sunday, March 17, 2024. The Defendant's parents shall serve as the third-party custodians and shall be present with the Defendant for the entirety of the stay.

_____
HON. TONIANNE J. BONGIOVANNI
United States Magistrate Judge

Dated: ~~February~~ March 10, 2024

097620.000000 8865703v1