# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Tonianne J. Bonjiovanni |
| v. | : | Mag. No. 23-3051 |
| DECLAN GOLDEN | : | **ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE** |

This matter having come before the Court on the application of the defendant Declan Golden (Robert A. Honecker, Jr., Esq., appearing), with notice to Ingrid Eicher, Assistant U.S. Attorney, and with notice to Todd Jones, Supervisory U.S. Pretrial Services Officer, for an order granting a modification of the conditions of pretrial release; it is hereby

**ORDERED** that the conditions of pretrial release are modified as follows:

1. The Defendant is permitted to attend an anniversary dinner located at 2nd Jetty Restaurant, 140 Ocean Avenue North, Sea Bright, New Jersey, on October 19, 2024, from approximately 6:00 p.m. to 9:00 p.m. Megan Golden shall serve as the third-party custodian and shall be present with the Defendant for the entirety of the dinner; and

2. The Defendant is permitted to attend a family photo shoot located at Keansburg Beach, 275 Beachway Avenue, Keansburg, New Jersey, on November 2, 2024, from approximately 4:00 p.m. to 7:00 p.m. Megan Golden shall serve as the third-party custodian and shall be present with the Defendant for the entirety of the shoot; and

097620.000000 9243995v1

3. The Defendant is permitted to attend a school fundraiser located at Beacon Hill Country Club, 8 Beacon Hill Road, Atlantic Highlands, New Jersey, on November 14, 2024 from approximately 6:00 p.m. to 11:00 p.m. Megan Golden shall serve as the third-party custodian and shall be present with the Defendant for the entirety of the fundraiser.

_____
HON. TONIANNE J. BONGIOVANNI
United States Magistrate Judge

Dated: October____, 2024

097620.000000 9243995v1